(121 App. Div. 901)

PEOPLE v. ECKETT.

(Supreme Court, Appellate Division, Second Department.  July 23, 1907.)

Appeal from Special Term, Richmond County.

William F. Eckett was charged with a misdemeanor, and from an order denying his application for a certificate that it was reasonable that the charge against him should be prosecuted by indictment, he appeals.  Order reversed, and certificate granted.

Argued before JENKS, HOOKER, GAYNOR, and MILLER, JJ.

Cravath, Henderson & De Gersdorff, for appellant.

John J. Kenney, for the People.

PER CURIAM.  Order reversed, and certificate granted.  See decision in People v. Butts (decided herewith) 105 N. Y. Supp. 677.